IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| John Barrett, et al., | ) | | |
| Plaintiffs, | ) | | |
| vs. | ) | Civil Action Nos. | 4-608 |
| | ) | | 4-609 |
| Viacom, Inc., successor by merger to CBS Corporation, formerly known as Westinghouse Electric Corporation | ) | | 4-607 |
| Defendant. | ) | | |

AMBROSE, Chief District Judge

## MEMORANDUM ORDER OF COURT

On August 24, 2009, during a telephone conference regarding discovery disputes, Plaintiffs' counsel made an oral motion requesting an extension of discovery. Upon consideration of the same, it is ordered that said motion is granted and discovery is extended until October 15, 2009. This is the final extension of the deadline. No further extensions will be granted in this case.

The conference scheduled for September 10, 2009, at 9:15 a.m. is cancelled and is rescheduled for October 16, 2009, at 9:00 a.m.

BY THE COURT:

/s/ Donetta W. Ambrose
Donetta W. Ambrose
Chief U.S. District Judge